```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  IGNACIO ORTIZ

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,       ) No. 2:09-cr-0051 GEB
14                                  )
              Plaintiff,            )
15                                  ) STIPULATION AND [PROPOSED] ORDER
         v.                         ) CONTINUING CASE AND EXCLUDING
16                                  ) TIME
    IGNACIO ORTIZ,                  )
17                                  ) Date:  March 27, 2009
              Defendant.            ) Time:  9:00 a.m.
18                                  ) Judge: Hon. Garland E. Burrell, Jr.
    _____ )
19
```

20    **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant

22 Federal Defender Jeffrey Staniels, counsel for defendant IGNACIO ORTIZ,

23 that the status conference scheduled for March 27, 2009, be vacated and

24 the matter continued until April 24, 2009, for further status

25 conference at the request of the defense.

26    This continuance is sought to permit time for defense preparation

27 including consideration of investigation into Mr. Ortiz' background,

28 and consultation with him about options for proceeding.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 27, 2009 and April 24, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  March 26, 2009         /s/ Michael D. Anderson
                              MICHAEL D. ANDERSON
                              Assistant United States Attorney
                              Counsel for Plaintiff

Date:  March 26, 2009         DANIEL J. BRODERICK
                              Federal Defender

                               /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              IGNACIO ORTIZ

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  March 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -2-