1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
IGNACIO ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-0051 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| IGNACIO ORTIZ, | ) |
| Defendant. | ) Date: April 24, 2009<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel Mcconkie, acting for Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant IGNACIO ORTIZ, that the status conference scheduled for April 24, 2009, be vacated and the matter continued until May 15, 2009, for further status conference at the request of the defense.

This continuance is sought to permit time for defense preparation including consideration of investigation into Mr. Ortiz' background, and consultation with him about options for proceeding.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between April 24, 2009 and May 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date: April 23, 2009     /s/ Daniel McConkie for
MICHAEL D. ANDERSON
Assistant United States Attorney
Counsel for Plaintiff

Date: April 23, 2009     DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
IGNACIO ORTIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order     -2-