1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  IGNACIO ORTIZ

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        ) No. 2:09-cr-0051 GEB
14                                  )
                 Plaintiff,         )
15                                  ) STIPULATION AND [PROPOSED] ORDER
        v.                          ) CONTINUING CASE AND EXCLUDING
16                                  ) TIME
   IGNACIO ORTIZ,                   )
17                                  ) Date:  May 15, 2009
                 Defendant.         ) Time:  9:00 a.m.
18                                  ) Judge: Hon. Garland E. Burrell, Jr.
   _____  )
19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Daniel Mcconkie, acting for Michael D. Anderson, counsel for

22 Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for

23 defendant IGNACIO ORTIZ, that the status conference scheduled for May

24 15, 2009, be vacated and the matter continued until June 26, 2009, for

25 further status conference at the request of the defense.

26      This continuance is sought to permit time for defense preparation

27 including consideration of investigation into Mr. Ortiz' background,

28 and consultation with him about options for proceeding.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between May 15, 2009 and June 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  May 14, 2009         /s/ Daniel McConkie for
                            MICHAEL D. ANDERSON
                            Assistant United States Attorney
                            Counsel for Plaintiff

Date:  May 14, 2009         DANIEL J. BRODERICK
                            Federal Defender

                             /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Counsel for Defendant
                            IGNACIO ORTIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated:  May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -2-