DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
IGNACIO ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br>                                 )<br> IGNACIO ORTIZ,                  )<br>                                 )<br>            Defendant.           )<br>                                 )<br>_____) | No. 2:09-cr-0051 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING CASE AND EXCLUDING<br>TIME<br><br>Date:  June 26, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel Mcconkie, acting for Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant IGNACIO ORTIZ, that the status conference scheduled for June 26, 2009, be vacated and the matter continued until July 31, 2009, for further status conference at the request of the defense.

This continuance is sought to permit further time for defense preparation and consultation with him about options for proceeding in light of certain aspects of his present situation.

1      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act be excluded between June 26, 2009 and July 31, 2009, pursuant
3 to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
4      **IT IS SO STIPULATED.**

6 Date:  June 25, 2009              /s/ Daniel McConkie for
                                    MICHAEL D. ANDERSON
7                                   Assistant United States Attorney
                                    Counsel for Plaintiff

9 Date:  June 25, 2009              DANIEL J. BRODERICK
10                                  Federal Defender

12                                   /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
13                                  Counsel for Defendant
                                    IGNACIO ORTIZ

                                **O R D E R**

17     **IT IS SO ORDERED.**

18 Dated:  June 26, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stipulation and Order              -2-