1 DANIEL J. BRODERICK, #89424
Federal Defender
2 JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5

6

7 Attorney for Defendant
IGNACIO ORTIZ

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13

UNITED STATES OF AMERICA,        )  No. 2:09-cr-0051 GEB
14                                )
                    Plaintiff,    )
15                                )  STIPULATION AND [PROPOSED] ORDER
      v.                          )  CONTINUING CASE AND EXCLUDING
16                                )  TIME
IGNACIO ORTIZ,                    )
17                                )  Date:  July 31, 2009
                    Defendant.    )  Time:  9:00 a.m.
18                                )  Judge: Hon. Garland E. Burrell, Jr.
_____  )
19

20        **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Daniel Mcconkie, acting for Michael D. Anderson, counsel for

22 Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for

23 defendant IGNACIO ORTIZ, that the status conference scheduled for July

24 31, 2009, be vacated and the matter continued until September 14, 2009,

25 for further status conference at the request of the defense.

26        This continuance is sought to permit further time for defense

27 preparation and consultation with Mr. Ortiz about options for

28 proceeding in light of certain aspects of his present situation.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act be excluded between July 31, 2009, and September 14, 2009,

3  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

4      **IT IS SO STIPULATED.**

5

6  Date:  July 29, 2009                /s/ Daniel McConkie for
                                       MICHAEL D. ANDERSON
7                                      Assistant United States Attorney
                                       Counsel for Plaintiff
8

9  Date:  July 29, 2009               DANIEL J. BRODERICK
10                                     Federal Defender

11
                                        /s/ Jeffrey L. Staniels
12                                     JEFFREY L. STANIELS
                                       Assistant Federal Defender
13                                     Counsel for Defendant
                                       IGNACIO ORTIZ
14

15
                            **O R D E R**
16

17      **IT IS SO ORDERED.**

18  Dated:  August 4, 2009

19

20  _____
    GARLAND E. BURRELL, JR.
21  United States District Judge

22

23

24

25

26

27

28

Stipulation and Order            -2-