BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-0051-GEB |
| ) Plaintiff, ) | |
| ) v. ) | ORDER ON GOVERNMENT'S RULE 35(b) |
| ) IGNACIO ORTIZ, ) | MOTION FOR REDUCTION OF SENTENCE |
| ) Defendant. ) | |
| ) | Hon. Garland E. Burrell |
| ) | |

On April 22, 2011, more than one year after sentencing, the United States moved pursuant to Rule 35(b)(2) for a reduction of defendant Ignacio Ortiz's sentence from 46 months to 34 months. For good cause shown, it is so ordered.

Dated: April 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge