```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
IGNACIO ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IGNACIO ORTIZ,<br><br>　　　　　　Defendant.<br>_____ | )  No. 2:09-cr-0051 GEB<br>)<br>)<br>)  STIPULATION AND [PROPOSED] ORDER<br>)  WITHDRAWING MOTION AND OPPOSITION<br>)  THERETO AS MOOT<br>)<br>)  Judge: Hon. Garland E. Burrell, Jr.<br>)　　　　　(In Chambers)<br>)<br>) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant IGNACIO ORTIZ, that the motion previously filed directly by Mr. Ortiz, CR 24, and the government's opposition thereto, CR 25, be withdrawn as moot.

Date:  April 27, 2011　　　　　　　　/s/ Michael D. Anderson
　　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Date:  April 27, 2011　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　 /s/ *Jeffrey L. Staniels*
　　　　　　　　　　　　　　　　　　JEFFREY L. STANIELS
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　IGNACIO ORTIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                    -2-